966 A.2d 559

**Sara Zalewski CREE, Appellant**

v.

**WEST PENN ALLEGHENY HEALTH SYSTEM, INC., Forbes Regional Hospital, Almar Radiologists, Inc., and Maureen M. Bidula, M.D., Appellees.**

Supreme Court of Pennsylvania.

Argued March 2, 2009.

Decided March 18, 2009.

Edward A. Shenderovich, Esq., Shenderovich, Shenderovich & Fishman, P.C., Pittsburgh, for Sara Zalewski Cree, appellant.

Templeton Smith, Esq., Thomson, Rhodes & Cowie, P.C., Pittsburgh, for West Penn Allegheny Health System, Inc. and Forbes Regional Hosp., appellees.

James R. Hartline, Esq., Weber, Gallagher, Simpson, Stapleton, Fries & Newby, L.L.P., Pittsburgh, for Almar Radiologists, Inc., and Maureen M. Bidula, M.D., appellees.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**